Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

**FILED**
**MJ 22-02813**
2022 JUL 20 AM 9: 10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: CD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>4:22-cr-00162-ALM-KPS |
|---|---|
| Edward Walsh Vaughan<br>USMS# _____<br>DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on July 20, 2022 at 06:30 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. 1349, 18 U.S.C.1956 (h)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1963

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: Barry Simon     Phone Number: 202-434-5005

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Sarah Plantz                    (please print)

12. Office Phone Number: 310-966-6565     13. Agency: FBI

14. Signature: *[signature]*              15. Date: 07/19/2022

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION